**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT RYAN POWELL,<br><br>  Defendant/Judgment Debtor,<br><br>  and<br><br>RAPID CITY POLICE DEPARTMENT,<br><br>  Garnishee. | NO.  2:19-MC-00172-RSL<br><br>(2:15-CR-00244-RAJ-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Rapid City Police Department, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Rapid City Police Department, filed its Answer on January 13, 2020, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control, non-exempt property of which Defendant/Judgment Debtor Robert Powell (Mr. Powell) is the sole owner, including $250.00 in cash obtained as evidence, and $199.00 cash that Defendant had in his possession, which were marked as Evidence

CONTINUING GARNISHMENT ORDER (*USA v. Robert Ryan Powell & Rapid City Police Department, Court Nos. 2:19-MC-00172-RSL / 2:15-CR-00244-RAJ-1*) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Items #5 and #12, respectively, relating to the underlying criminal case noted above in the caption.

After notification of the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Powell on or about January 3, 2020, Mr. Powell has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Rapid City Police Department, shall pay to the United States District Court for the Western District of Washington, the entire amount of non-exempt property in the Garnishee's possession, custody, or control, of which Mr. Powell is the sole owner, but such amount shall not exceed the amount necessary to pay Mr. Powell's restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Powell's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:15-cr-00244-RAJ-1 and 2:19-MC-00172-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

//

//

**CONTINUING GARNISHMENT ORDER (***USA v. Robert Ryan Powell & Rapid City Police Department, Court Nos***. 2:19-MC-00172-RSL / 2:15-CR-00244-RAJ-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 28th day of July, 2020.

*signature*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

CONTINUING GARNISHMENT ORDER (*USA v. Robert Ryan Powell & Rapid City Police Department, Court Nos. 2:19-MC-00172-RSL / 2:15-CR-00244-RAJ-1)* - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970